

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00353-CR

Ex parte Vincent Paul Martinez § From the 271st District Court

§ of Wise County (CR-18171)

§ December 31, 2015

§ Opinion by Chief Justice Livingston

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Vincent Paul Martinez shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston